IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 25 2020

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:20Cr 116 DCB-LRA

ERROL HARMON

## MOTION TO SEAL THE INDICTMENT

The United States of America requests that the Indictment and all documents filed herein be

sealed, and represents the following:

The Grand Jury has returned an Indictment against the Defendant. Revealing the existence of

the file and Indictment prior to the arrest of the Defendant would jeopardize law enforcement agents and

greatly impede the apprehension of the Defendant. However, the government requests that the U.S.

Marshals Service and/or the United States Attorney's Office be allowed to make copies of the

indictment, warrant, and any related documents available to other federal, state and local law

enforcement agencies who request the same to facilitate the arrest and detention of the Defendant.

WHEREFORE, the United States requests that the Court SEAL the file and all documents filed

including but not limited to the Indictment and Return, and this Motion and the Order to Seal, pending

the arrest of the Defendant and that copies be distributed to law enforcement agencies as needed to

facilitate the arrest and detention for the Defendant.

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By: _____

THEODORE M. COOPERSTEIN
Assistant United States Attorney
NY Bar No.: 2236487