PRAECIPE FOR WARRANT



THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　CRIMINAL NO.: 3:20cr116 DCB-LRA

ERROL HARMON
(Wherever Found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 25th day of August, 2020.

This the 25th day of August, 2020.

　　　　　　　　　　　　　　　　　D. MICHAEL HURST, JR.
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　THEODORE M. COOPERSTEIN
　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　BAR NO.: 2236487 (NY)

Warrant issued:_____

(TMC/FBI)