UNITED STATES OF AMERICA

v.   CRIMINAL NO.: 3:20-cr-00116 DCB-LRA

ERROL HARMON

## ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT

THIS CAUSE having come before the Court on motion of the Government to unseal the above styled matter, being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby unsealed.

SO ORDERED AND ADJUDGED this the 9TH day of September, 2020.

s/Linda R. Anderson_____
LINDA R. ANDERSON
UNITED STATES MAGISTRATE JUDGE